UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>**MERCK SHARP & DOHME CORP.,** *et al*,<br><br>Petitioners,<br><br>**FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN TESTIMONY OF DR. WILLIAM P. HAUSDORFF FOR USE IN A FOREIGN PROCEEDING.** | Civil Action No.<br>1:19-mc-28 (GMH) |

## ORDER TO SHOW CAUSE

Upon consideration of the *ex parte* petition for an order to obtain testimony from Dr. William P. Hausdorff for use in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782 (ECF No. 1), it is hereby

**ORDERED** that Petitioners shall show cause in writing on or before March 8, 2019 why the Court must consider this application on an *ex parte* basis.  It is further

**ORDERED** that Petitioners' response to this order shall address Chief Judge Howell's observation that while 28 U.S.C. § 1782 authorizes courts to issue subpoenas upon *ex parte* applications, "notice to [subpoena] recipients prior to the issuance of the requested subpoenas in the form of an order to show cause [] 'streamline[s] these proceedings' by accelerating identification of grounds for objection, under Federal Rule of Civil Procedure 45(d)(2)(B) . . . and, more significantly, [] facilitate[s] full and fair consideration of both th[e] Court's authority, under 28 U.S.C. § 1782, to issue the requested subpoenas and the factors identified by the Supreme Court governing the exercise of discretion to do so." *In re Application of Hulley Enters. Ltd.*, Misc. Action No. 17-1466, ECF No. 5 at 2 (internal citations omitted).

2

**SO ORDERED.**

Date:  February 28, 2019

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE