UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>**MERCK SHARP & DOHME CORP.**, *et al*,<br><br>Petitioners,<br><br>**FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN TESTIMONY OF DR. WILLIAM P. HAUSDORFF FOR USE IN A FOREIGN PROCEEDING.** | Civil Action No.<br>1:19-mc-28 (GMH) |

### ORDER TO SHOW CAUSE

This matter concerns an application for an order to obtain testimony from Dr. William P. Hausdorff for use in aid of a foreign proceeding pursuant to 28 U.S.C. § 1782. ECF No. 1. Because this application was filed *ex parte*, the undersigned ordered Petitioners to show cause why the Court must consider the application *ex parte*. ECF No. 2. In their response to that order, petitioners argued that providing Dr. Hausdorff an opportunity to respond to the application would not streamline these proceedings because, in their view, "[t]here can be new real dispute that the statutory factors of § 1782 have been satisfied." ECF No. 3 at 2 n.1. Nevertheless, petitioners concede that it is not *necessary* for this application to be considered *ex parte*, explaining that they have "no objection to the Court issuing an order directing Merck to serve Dr. Hausdorff with the existing *ex parte* application." ECF No. 3 at 5. Accordingly, it is hereby

**ORDERED** that Petitioners shall serve this Order and the petition and its exhibits upon Dr. Hausdorff by no later than March 19, 2019; it is further

**ORDERED** that if Dr. Hausdorff intends to oppose the motion, he shall show cause in writing on or before April 2, 2019 why the motion should not be granted; it is further

2

**ORDERED** that Petitioners may file a reply memorandum, if any, on or before April 9, 2019.

**SO ORDERED.**

Date: March 12, 2019

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE