UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re *Ex Parte* Application of<br><br>**MERCK SHARP & DOHME CORP.,** *et al.*,<br><br>Petitioners,<br><br>**FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO OBTAIN TESTIMONY OF DR. WILLIAM P. HAUSDORFF FOR USE IN A FOREIGN PROCEEDING.** | **Civil Action No.<br>1:19-mc-28 (GMH)** |

## ORDER

## GRANTING MERCK'S PETITION PURSUANT TO 28 U.S.C. § 1782

Pursuant to the stipulation of Merck Sharp & Dohme Corp. and Merck Canada, Inc. (collectively "Merck") and Dr. William P. Hausdorff ("Dr. Hausdorff"), and for good cause shown, **IT IS HEREBY ORDERED** that:

1. Pursuant to 28 U.S.C. § 1782, Dr. Hausdorff shall provide discovery as set forth in the Merck's Ex Parte Application for an Order Pursuant to 28 U.S.C. § 1782 (ECF No. 1).

2. Deposition of Dr. Hausdorff shall take place within this District at a place and time agreeable to the parties before July 31, 2019.

3. Discovery shall be provided in accordance with the Federal Rules of Civil Procedure.

4. The Court shall retain jurisdiction to resolve any discovery disputes.

Dated: _____
The Hon. G. Michael Harvey
Magistrate Judge, U.S. District Court for the District Columbia